UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KOAMI AGBALENYO,

                          Plaintiff,                21 Civ. 3034 (LGS)

            -against-                              ORDER

KEVIN JAY EVANS, et al.,

                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 14, 2021, the Court issued an Order remanding this action to the Supreme Court of the State of New York, Bronx County. Dkt. No. 6.

      WHEREAS, on April 14, 2021, this case was closed.

      WHEREAS, on April 23, 2021, Defendants filed an Amended Notice of Removal. Dkt. No. 8.

      WHEREAS, on May 21, 2021, Plaintiff's counsel filed a notice of appearance. Dkt. No. 13. It is hereby

      **ORDERED** that because this action was remanded and the case was closed, the Court does not have jurisdiction to address the parties' requests and motions. As instructed during calls to Chambers, to the extent Defendants believe it is appropriate to proceed in federal court they should file a Notice of Removal and seek to open a new case.

Dated: May 25, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE